AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Joshua Ferenc et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-10540 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

1/9/2008
Date

Signature

Dennis E. Glazer                                DG 2289
Print Name                                      Bar Number

Davis Polk & Wardwell  450 Lexington Avenue
Address

New York                NY               10017
City                    State            Zip Code

(212) 450-4330                   (212) 450-3330
Phone Number                     Fax Number