UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA FERENC, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>Defendants. | No. 07-cv-10540-RWS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that whereas none of the defendants have served an answer or motion for summary judgment, plaintiff Joshua Ferenc hereby voluntarily dismisses this action as to all defendants, without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: May 2, 2008

**GARDY & NOTIS, LLP**


By:    s/ James S. Notis
        James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the

Court's electronic filing system as follows:

Andrew Edward Krause
Email: andrew.krause@dpw.com
Nancy B. Ludmerer
Email: nancy.ludmerer@dpw.com
Dennis E. Glazer
Email: dennis.glazer@dpw.com
**DAVIS POLK & WARDWELL**

*Counsel for defendants*
*E\*Trade Financial Corporation,*
*Mitchell H. Caplan and Robert J.*
*Simmons*

Elizabeth Ann Schmid
Email: schmid@browerpiven.com
**BROWER PIVEN**

*Counsel for movant*
*The Kristen-Straxton Group*

Geoffrey Coyle Jarvis
Email: gjarvis@gelaw.com
**GRANT & EISENHOFER, PA**

*Counsel for movant*
*E\*TRADE Institutional Investor*
*Group*

s/ James S. Notis
James S. Notis
**GARDY & NOTIS, LLP**
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337