Sweet/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA FERENC, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>Defendants. | No. 07-cv-10540-RWS |



RECEIVED MAY 0 6 2008 JUDGE SWEET CHAMBERS

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that whereas none of the defendants have served an answer or motion for summary judgment, plaintiff Joshua Ferenc hereby voluntarily dismisses this action as to all defendants, without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: May 5, 2008

GARDY & NOTIS, LLP

By: _____
James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

Counsel for plaintiff Joshua Ferenc

So ordered
[signature] USDJ
5-6-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2008, he caused a true and correct copy of the foregoing to be mailed by First Class U.S. Mail to counsel of record as follows:

Andrew Edward Krause
Nancy B. Ludmerer
Dennis E. Glazer
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017

*Counsel for defendants*
*E*Trade Financial Corporation,*
*Mitchell H. Caplan and Robert J.*
*Simmons*

Elizabeth Ann Schmid
**BROWER PIVEN**
488 Madison Avenue
New York, New York 10022

*Counsel for movant*
*The Kristen-Straxton Group*

Geoffrey Coyle Jarvis
**GRANT & EISENHOFER, PA**
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801

*Counsel for movant*
*E*TRADE Institutional Investor*
*Group*

Daniel P. Chiplock
**LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP**
780 Third Avenue, 48th Floor
New York, New York 10017

James M. Hughes
**MOTLEY RICE LLP**
28 Bridgeside Boulevard
P.O. Box 1792 (zip29465)
Charleston, South Carolina 29464

*Counsel for movant*
*Skandia Life Insurance Company*
*Ltd.*

_____
James S. Notis
**GARDY & NOTIS, LLP**
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337